MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
*jnadolenco@mayerbrown.com*
STEVEN E. RICH (SBN 198412)
*srich@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:   (213) 229-9500
Facsimile:   (213) 625-0248

Attorneys for Defendants
CITIBANK, N.A. and CITIMORTGAGE, INC.

E-FILED 04/11/13
CLOSED

## UNITED STATES DISTRICT COURT

## CALIFORNIA CENTRAL DISTRICT – WESTERN DIVISION

| | |
|---|---|
| OBED APOSTOL, JR., an individual;<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.;<br>CITIMORTGAGE, INC.; and<br>DOES 1 - XX, inclusive,<br><br>Defendants. | Case No.: 12-cv-04395-PSG-SH<br><br>**[~~PROPOSED~~] JUDGMENT**<br><br>Judge: Hon. Philip S. Gutierrez<br><br>Second Am. Complaint filed:  Dec. 19, 2012 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JUDGMENT**

The Court, having granted, with prejudice, the Motion to Dismiss Second Amended Complaint filed by Citibank, N.A. and CitiMortgage, Inc. (collectively, "Citi"), as set forth in its Minute Order dated March 28, 2013 (Dkt. No. 63),

HEREBY ORDERS, ADJUDGES, AND DECREES THAT:

1. Judgment is entered in favor of Citi and against Plaintiff; and

2. Plaintiff shall recover nothing in this action against Citi.

Dated: ___4/11/13_____

PHILIP S. GUTIERREZ

_____
Honorable Philip S. Gutierrez
United States District Court Judge