| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | MAYER BROWN LLP<br>JOHN NADOLENCO (SBN 181128)<br>*jnadolenco@mayerbrown.com*<br>STEVEN E. RICH (SBN 198412)<br>*srich@mayerbrown.com*<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA  90071-1503<br>Telephone:  (213) 229-9500<br>Facsimile:   (213) 625-0248 |
| 6<br>7 | Attorneys for Defendants<br>CITIBANK, N.A. and CITIMORTGAGE, INC. |

E-FILED 04/11/13
CLOSED

# UNITED STATES DISTRICT COURT

# CALIFORNIA CENTRAL DISTRICT – WESTERN DIVISION

| | |
|---|---|
| OBED APOSTOL, JR., an individual;<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.;<br>CITIMORTGAGE, INC.; and<br>DOES 1 - XX, inclusive,<br><br>Defendants. | Case No.: 12-cv-04395-PSG-SH<br><br>**[~~PROPOSED~~] JUDGMENT**<br><br>Judge: Hon. Philip S. Gutierrez<br><br>Second Am. Complaint filed:  Dec. 19, 2012 |

## **JUDGMENT**

The Court, having granted, with prejudice, the Motion to Dismiss Second Amended Complaint filed by Citibank, N.A. and CitiMortgage, Inc. (collectively, "Citi"), as set forth in its Minute Order dated March 28, 2013 (Dkt. No. 63),

HEREBY ORDERS, ADJUDGES, AND DECREES THAT:

1. Judgment is entered in favor of Citi and against Plaintiff; and
2. Plaintiff shall recover nothing in this action against Citi.

Dated: 4/11/13

PHILIP S. GUTIERREZ
Honorable Philip S. Gutierrez
United States District Court Judge